Rindge *v.* Rindge.

*Per Curiam.*—The judgment is affirmed, with costs.

*Bickle & Burchenal,* for the appellant.

*J. B. Julian* and *Holland & Kibby,* for the appellee.

---

RINDGE *v.* RINDGE.

CASES ADHERED TO.—*Wooley* v. *Wooley,* 12 Ind. 663, and *McQuig* v. *McQuig,* 13 *id.* 294.

APPEAL from the *Wayne* Common Pleas.

Berry *v.* Anderson.

HANNA, J.—In this case the same facts, shown upon the application for a new trial in the preceding case, are set forth in the form of a complaint to obtain relief from the judgment of the Common Pleas. A demurrer was sustained to the complaint. If the cases of *Wooley* v. *Wooley*, and *McQuig* v. *McQuig*, in this Court, enunciate correct expositions of the law, this ruling should be sustained. This accords with the doctrines of the preceding case.

*Per Curiam.*—The judgment is affirmed, with costs.

*Bickle & Burchenal*, for the appellant.

*J. B. Julian* and *Holland & Kibby*, for the appellee.